UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES and THE STATE OF ILLINOIS, *ex rel.* ALAN LITWILLER, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 11 C 8980 |
| v. | ) ) ) | Judge Robert M. Dow |
| OMNICARE, INC., | ) ) | |
| Defendant. | ) ) | |

**UNITED STATES' CONSENT TO RELATOR'S DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT PURSUANT TO 31 U.S.C. § 3730(b)(1)**

Pursuant to 31 U.S.C. § 3730(b)(1), the United States of America, by Zachary T. Fardon, United States Attorney for the Northern District of Illinois, hereby consents to the dismissal without prejudice as to the United States of all claims in the above-captioned action with respect to Omnicare, Inc. ("Omnicare").

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By: s/ Linda A. Wawzenski
    LINDA A. WAWZENSKI
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1994
    linda.wawzenski@usdoj.gov