UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES and THE STATE OF ILLINOIS, *ex rel.* ALAN LITWILLER, ) ) ) | |
| Plaintiff, ) ) | No. 11 C 8980 |
| v. ) ) | Judge Robert M. Dow |
| OMNICARE, INC., ) ) | |
| Defendant. ) | |

**ILLINOIS' CONSENT TO RELATOR'S DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT PURSUANT TO 31 U.S.C. § 3730(b)(1)**

Pursuant to 31 U.S.C. § 3730(b)(1), the State of Illinois, by Lisa Madigan, Illinois Attorney General, hereby consents to the dismissal without prejudice as to the State of Illinois of all claims in the above-captioned action with respect to Omnicare, Inc. ("Omnicare").

Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

By: /s/ Joseph B. Chervin
Joseph B. Chervin
Assistant Attorney General
100 W. Randolph Street, 12th Floor
Chicago, Illinois 60601
(312) 814-3528
jchervin@atg.state.il.us

**CERTIFICATE OF SERVICE**

   I hereby certify that on the _30th___ day of __July_____ 2014, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

        __/s/ __Joseph B. Chervin_____

Robert H. Smeltzer
Kevin J. Clancy
Lowis & Gellen, LLP
200 West Adams Street
Suite 1900
Chicago, IL 60606
Telephone: (312) 364-2500
Facsimile: (312) 364-1003
Email: rsmeltzer@lowis-gellen.com
ATTORNEYS FOR RELATOR ALAN LITWILLER

Michael Lieb
REED SMITH LLP
10 South Wacker Dr.
40th Floor
Chicago, IL 60606
Telephone: (312) 207-1000
Facsimile: (312) 207-6400
Email: mlieb@reedsmith.com

Eric A. Dubelier
Katherine J. Seikaly
REED SMITH LLP
1301 K Street, NW
Suite 1100 – East Tower
Washington, DC 20005
Telephone: (202) 414-9291
Facsimile: (202) 414-9299
EDubelier@ReedSmith.com
KSeikaly@ReedSmith.com
ATTORNEYS FOR DEFENDANT OMNICARE, INC.

Case: 1:11-cv-08980 Document #: 51 Filed: 07/30/14 Page 3 of 3 PageID #:672