IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA and the State of Illinois, ex rel. Alan J. Litwiller, Plaintiff, v. OMNICARE, INC., Defendant. | Honorable Robert M. Dow, Jr. Civil Action No: 11-cv-8980 |

**ORDER OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the False Claims Act, 31 U.S.C. § 3730(b)(1), the Plaintiff Alan J. Litwiller ("Relator") and Defendant Omnicare, Inc. ("Omnicare") filed a Stipulation of Dismissal as to all claims against Omnicare asserted in this civil action. Pursuant to 31 U.S.C. § 3730(b)(1), the United States and State of Illinois, which have elected not to intervene in this action, have filed a written consent to dismissal of this action with prejudice as to the Relator, and without prejudice as to the United States and the State of Illinois. Upon due consideration of the Stipulation, the consents filed by the United States and the State of Illinois, and the other papers on file in this action,

IT IS HEREBY ORDERED that, all claims in the action asserted by Relator shall be dismissed with prejudice as to Relator, and without prejudice as to the United States and the State of Illinois.

IT IS SO ORDERED.

August 4, 2014
Date

The Honorable Robert M. Dow, Jr.
United States District Judge